IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CAROLYN S. COBB, as Guardian of the Person and Property of Jake Lee Cobb, | * <br> * |
| Plaintiff | * |
| vs. | * |
| RODNEY PAUL DAWSON, JR.; JOHN DAWSON, JR., as Executor of the Estate of John W. Dawson, Sr.; and JOHN W. DAWSON, JR., GARY ARNOLD DAWSON and RODNEY DAWSON, in Their Individual Capacities d/b/a DAWSON BROTHERS FARMS, a General Partnership, | CASE NO. 5:06-CV-06 (CDL) <br> * <br> * <br> * <br> * <br> * |
| Defendants | * |

O R D E R

Plaintiff has filed a Motion for Partial Summary Judgment (Doc. 21) seeking to have this Court rule as a matter of law that Defendant Rodney Paul Dawson, Jr. was negligent based upon Defendant's deposition testimony. In response to Plaintiff's motion, Defendant filed an affidavit explaining his deposition testimony. The Court finds that this affidavit is not a sham affidavit and should be considered by the Court in ruling upon Plaintiff's motion. Having reviewed the affidavit and the deposition testimony together, the Court finds that genuine issues of material fact exist to be tried. Accordingly, Plaintiff's Motion for Partial Summary Judgment (Doc. 21) is denied.

IT IS SO ORDERED, this 11th day of October, 2006.

                                    S/Clay D. Land
                                        CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE